IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JAYMOND H. TAYLOR,<br><br>　　　　　　Defendant. | **4:11CR3101**<br><br>**ORDER** |

IT IS ORDERED that:

1. The joint motion to continue sentencing (filing 125) is granted.

2. Defendant Jaymond H. Taylor's sentencing is continued to September 7, 2012, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 3rd day of July, 2012.

BY THE COURT:

_____
John M. Gerrard
United States District Judge